USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
          :
CARMEN SANTIAGO          :
          :
          Plaintiff,    :
          :    18-cv-12012 (LL)
    -v-    :
          :    ORDER
AXIS SPECIALTY US SERVICES, INC., ET AL.,  :
          :
          Defendants.  :
          :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

This case has been randomly reassigned to me for all purposes. It is hereby:

ORDERED that the post-discovery conference previously scheduled for February 21, 2020 at 10:00 a.m. shall take place on that date and at that time in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

The Clerk of Court shall mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: February 6, 2020
     New York, New York                        LEWIS J. LIMAN
                                          United States District Judge