```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CARMEN SANTIAGO,                                                       :
                                                                       :
                              Plaintiff,                               :
                                                                       :        18-cv-12012 (LJL)
            -v-                                                        :
                                                                       :        ORDER
AXIS SPECIALTY US SERVICES, INC., ET AL.,                              :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2020

LEWIS J. LIMAN, United States District Judge:

As discussed at the post-discovery conference held today, the following briefing schedule is hereby ORDERED:

Defendants shall file their Motion for Summary Judgment, which is not to exceed 25 pages, by March 31, 2020.

Plaintiff shall file her response to the Motion for Summary Judgment, which is not to exceed 25 pages, by May 1, 2020. The response may be mailed to the Pro Se Intake Unit at the following mailing address:

> Pro Se Intake Unit
> Daniel Patrick Moynihan United States District Courthouse
> 500 Pearl Street
> New York, NY 10007

Or Plaintiff may deliver the response in person to the Pro Se Intake unit at the following physical address:

> Pro Se Intake Unit
> Thurgood Marshall United States District Courthouse, Room 105
> 40 Foley Square
> New York, NY 10007

Defendants' reply is due May 15, 2020. It shall not exceed 10 pages.

The Clerk of Court shall mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: February 21, 2020
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge