UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CARMEN SANTIAGO,

                Plaintiff,                18 **CIVIL** 12012 (LJL)

        -against-                    **JUDGMENT**

AXIS SPECIALTY U.S. SERVICES, INC.,
KIMBERLY ROBINSON, WILLIAM GLASTAL,
LATRELLE MCKELLAR, TIM MADDEROM

                Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 16, 2021, Defendants' motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
          February 17, 2021

                                      **RUBY J. KRAJICK**
                                      Clerk of Court
                    **BY:**
                                      **Deputy Clerk**